# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-cv-60544-Marra/Brannon

Michael J. Peter et al.

Plaintiff,

v.

Alamo Holdings, S.A.

Defendants.
_____/

FILED by AJS D.C.

APR 2 4 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## CLERK'S NOTICE OF INTERNATIONAL SERVICES

In accordance with Federal Rules of Civil Procedure Rule 4, and/or 28 U.S.C. § 1608(a)(3) or (b)(3)(B), the Clerk certifies that on this **24th**, day of **April**, 2012, ( *summons and complaint*) have been mailed via International Service to:

Defendant: Thomas E. Lustgraaf, Hotelera Amon, S.A. Randall Martinez, Alamo Holdings, S.A.

Country:  Costa Rica

Article number:  8763 4006 0736

DONE at the Federal Courthouse Square, Miami, Florida, this **24th** day of April, 2012.

STEVEN M. LARIMORE
Court Administrator • Clerk of Court

By:  S/Autumn Sandoval
Deputy Clerk

c:  U.S. District Judge
All counsel of record

RETAIN THIS COPY FOR YOUR RECORDS.    04/11

**FedEx International Air Waybill**

1. **From** Please print and press hard.
   - Date:
   - Sender's FedEx Account Number: 2632-7454-7
   - Sender's Name: Clerk of Court   Phone: 305-523-5100
   - Company: Wilkie D. Ferguson Jr. US Courthouse
   - Address: 400 North Miami Avenue
   - Address: 8th floor #8N09
   - City: Miami   State/Province: FL   ZIP/Postal Code: 33128
   - Country: U.S.A.

2. **To**
   - Recipient's Name: José Manuel Mujica Cerda   Phone: 506-2203-9462 phone   506-8390-3501 cell
   - Company: Iglesia Santa Teresita
   - Address: 200m Oeste y 100m Norte Barrio Aranjuez
   - City: San José
   - Country: Costa Rica
   - Recipient's Tax ID Number for Customs Purposes:

3. **Shipment Information**
   - Total Packages: 1
   - Total Weight:
   - Commodity Description: Legal documents
   - Total Declared Value for Carriage:
   - Total Value for Customs: $100.00
   - Value for Customs: $100.00

4. **Express Package Service**
   - ☒ FedEx Intl. Priority

5. **Packaging**
   - ☒ FedEx Envelope

6. **Special Handling**

7. **Payment** — Bill transportation charges to:
   - ☒ Sender Acct. No.: 2632-7454-7

8. **Your Internal Billing Reference**

9. **Required Signature**

FedEx Tracking Number: 8763 4006 0736

Form ID No.: 568 0402